IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JUSTIN JOBE WEATHERS, #15432064 | § | |
| VS. | § | CIVIL ACTION NO. 5:05cv187 |
| WARDEN DAVID JUSTICE | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations.  The Report recommended that all Petitioner's claims, except his claim that he is receiving only forty-seven days of good time annually rather than fifty-four, be dismissed with prejudice for lack of jurisdiction and dismissed without prejudice regarding all other issues.

Petitioner filed objections to the Report.  This Court made a *de novo* review of Petitioner's objections and determined that they lack merit.

This Court finds that the Magistrate Judge's conclusions are correct, and adopts them as the Court's conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that all Petitioner's claims, except his claim that he is receiving only forty-seven days of good time annually rather than fifty-four, are **DISMISSED WITH PREJUDICE** for lack of jurisdiction and **DISMISSED WITHOUT**

**PREJUDICE** regarding all other issues; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 8th day of November, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE